**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

April 4, 2019

**CENTER FOR BIOLOGICAL DIVERSITY ET AL V. NATIONAL MARINE FISHERIES SERVICE ET AL**
Case # 2:19–cv–00487–MJP

The court has received your case documents and has identified the deficiencies listed below.
**Please note:** Any underlined points of reference indicated below will contain a link to the source materials.

> **Improper Signature– Secondary Attorney(s):**
> The secondary attorney(s) Sophia N. Ressler indicated in your initiating document(s) is/are
> not properly before this court and has/have been removed from the docket. Please file a
> Notice of Appearance for attorney(s) Sophia N. Ressler as soon as practicable using the event
> "Notice of Appearance" under the "Notices" category. See FRCP 11 and LCR 83.2 or Section
> III(L) of the Electronic Filing Procedures.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file