UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and WILD FISH CONSERVANCY,<br><br>                    Plaintiffs,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE; BARRY THOM, Regional Administrator of National Marine Fisheries Service West Coast Region; WILBUR ROSS, Secretary of Commerce,<br><br>                    Defendants. | Case No. 2:19-cv-00487-MJP<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Western District of Washington, and Federal Rule of Civil Procedure 7.1:

I, the undersigned counsel of record for Plaintiff Center for Biological Diversity and Wild Fish Conservancy, certify that the Center for Biological Diversity and Wild Fish Conservancy:

(1) have no parent corporation and no publicly held corporation owning more than 10% of its stock;

(2) have no member or owner in a joint venture or limited liability corporation (LLC);

CORPORATE DISCLOSURE STATEMENT                                                   CENTER FOR BIOLOGICAL DIVERSITY
Case No. 2:19-CV-00487-MJP                  1                                        2400 NW 80th St. #146
                                                                                                         Seattle, WA 98117
                                                                                                                (206) 327-2344

(3) have no partners in a partnership or limited liability partnership (LLP); and

(4) have no corporate member, if the party is any other unincorporated association.

Respectfully submitted this 5th day of April 2019,

*/s/ Sarah Uhlemann*
Sarah Uhlemann (WA Bar No. 41164)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
suhlemann@biologicaldiversity.org

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5th, 2019, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system. I effected service of this document by first-class certified U.S. Mail, return receipt requested to the following: National Marine Fisheries Service; Barry Thom, Regional Administrator, National Marine Fisheries Service; Wilbur Ross, Secretary of Commerce; Attorney General of the United States; and the United States Attorney for the Western District of Washington.

*/s/ Sarah Uhlemann*
Sarah Uhlemann (WA Bar No. 41164)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
suhlemann@biologicaldiversity.org

*Attorney for Plaintiff*

CORPORATE DISCLOSURE STATEMENT
Case No. 2:19-CV-00487-MJP                3

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146
Seattle, WA 98117
(206) 327-2344