UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and WILD FISH CONSERVANCY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL MARINE FISHERIES SERVICE; BARRY THOM, Regional Administrator of National Marine Fisheries Service West Coast Region; WILBUR ROSS, Secretary of Commerce,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00487-MJP<br><br><br>NOTICE OF APPEARANCE |

　　　　Pursuant to Federal Rule of Civil Procedure 11, Local Rule 83.2 of the Local Rules of the United States District Court for the Western District of Washington, and Section III (L) of the Electronic Filing Procedures, please enter the appearance of Sophia Ressler as counsel for Plaintiffs Center for Biological Diversity and Wildlife Fish Conservancy in the above-captioned matter.

NOTICE OF APPEARANCE
Case No. 2:19-CV-00487-MJP　　　　　　　1

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146
Seattle, WA 98117
(206) 327-2344

1  Respectfully submitted this 5th day of April 2019,

*/s/ Sophia Ressler*
Sophia Ressler (WA Bar No. 48406)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
sressler@biologicaldiversity.org

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5th, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system. I effected service of this document by first-class certified U.S. Mail, return receipt requested to the following: National Marine Fisheries Service; Barry Thom, Regional Administrator, National Marine Fisheries Service; Wilbur Ross, Secretary of Commerce; Attorney General of the United States; and the United States Attorney for the Western District of Washington.

*/s/ Sophia Ressler*
Sophia Ressler (WA Bar No. 48406)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
sressler@biologicaldiversity.org

*Attorney for Plaintiff*