UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and WILD FISH CONSERVANCY,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE; BARRY THOM, Regional Administrator of National Marine Fisheries Service West Coast Region; WILBUR ROSS, Secretary of Commerce,<br><br>        Defendants. | Case No. 2:19-cv-00487-MJP<br><br>AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER INITIAL FILINGS |

   I, the undersigned counsel of record for Plaintiffs Center for Biological Diversity and Wild Fish Conservancy, certify that on April 5, 2019, I served copies of the Summonses (Exhibit A) and a copy of the Complaint in this matter pursuant to Rule 4(i) of the Federal Rules of Civil Procedure via first-class certified U.S. mail, return receipt requested to the following:

National Marine Fisheries Service
1315 East-West Highway
14th Floor
Silver Spring, MD 20910

| | | |
|---|---|---|
| AFFIDAVIT OF SERVICE<br>Case No. 2:19-CV-00487-MJP | 1 | CENTER FOR BIOLOGICAL DIVERSITY<br>2400 NW 80th St. #146<br>Seattle, WA 98117<br>(206) 327-2344 |

1  Barry Thom, Regional Administrator
   National Marine Fisheries Service
2  1201 Northeast Lloyd Boulevard, Suite 1100
   Portland, OR 97232
3
   Wilbur Ross, Secretary of Commerce
4  U.S. Department of Commerce
   1401 Constitution Ave., NW
5  Washington, DC 20230

6  Civil-Process Clerk
   United States Attorney
7  Western District of Washington
   700 Stewart Street, Suite 5220
8  Seattle, WA 98101-1271

9  Attorney General of the United States
   U.S. Department of Justice
10 950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
11

12      Defendants received the documents on the dates indicated on the copies of the return

13 receipts (attached hereto as Exhibit B). Along with the Summons and Complaint, I certify that I

14 served copies of the following documents on each of the Defendants listed above:

15    1. Corporate Disclosure Statement filed April 5, 2019;

16    2. Application for Leave To Appear *Pro Hac Vice*, C. Kilduff, filed April 5, 2019;

17    3. Application for Leave To Appear *Pro Hac Vice*, J. Teel Simmonds, filed April 5, 2019;

18       and

19    4. Notice of Appearance of Sophia Ressler filed April 5, 2019.

20

21

22

23

24
   AFFIDAVIT OF SERVICE                                         CENTER FOR BIOLOGICAL DIVERSITY
   Case No. 2:19-CV-00487-MJP                 2                       2400 NW 80th St. #146
                                                                       Seattle, WA 98117
                                                                        (206) 327-2344

1  I certify under penalty of perjury that the foregoing is true and correct.

2  Dated: April 24, 2019 at Boulder, CO.

3  By: */s/ Julie Teel Simmonds*
Admitted *Pro Hac Vice*

Julie Teel Simmonds (CO Bar No. 32822)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Phone: (619) 990-2999
jteelsimmonds@biologicaldiversity.org

*/s/Sarah Uhlemann* (by permission)
Sarah Uhlemann (WA Bar No. 41164)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
suhlemann@biologicaldiversity.org

*Attorneys for Plaintiff*

AFFIDAVIT OF SERVICE
Case No. 2:19-CV-00487-MJP        3

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146
Seattle, WA 98117
(206) 327-2344