UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*;<br><br>Federal Defendants. | CASE NO. 2:19-cv-00487-MJP<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR THE RULE 26(f) CONFERENCE, INITIAL DISCLOSURES, COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN, RESPONSIVE PLEADING, AND ADMINISTRATIVE RECORD** |

The Court finding good cause ORDERS the following deadlines adjusted as follows:

    a.    Rule 26(f) Conference, Agreed Briefing Schedule, or Motion to Limit Review to the Administrative Record: August 7, 2019;

    b.    If appropriate, 26(f) Report: August 7, 2019;

    c.    Federal Defendants' Responsive Pleading and, if appropriate, Administrative Record: August 7, 2019.

Dated: May 22, 2019

_____
Marsha J. Pechman
United States District Judge