THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERISTY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al*.;<br><br>Federal Defendants,<br><br>and<br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br><br>Defendant-Intervenors. | CASE NO. 2:19-cv-00487-MJP<br><br>**ORDER ON<br>FEDERAL DEFENDANTS' UNOPPOSED<br>MOTION FOR STAY OF PROCEEDINGS** |

Having reviewed the pleadings, the Court GRANTS Federal Defendants' Unopposed Motion for Stay of Proceedings. The Court ORDERS as follows:

This case is stayed until May 1, 2020, or issuance of the 2020 Biological Opinion, whichever event occurs sooner. Upon expiration of the stay, the parties shall report back to the Court within two weeks as to the status of the litigation.

1

Dated: July 19, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge