THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

(SEATTLE)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al*.;<br><br>　　　　　　　　Federal Defendants,<br><br>and<br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al*.,<br><br>　　　　　　　　Defendant-Intervenors. | CASE NO. 2:19-cv-00487-MJP<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>**NOTE ON MOTION CALENDAR:<br>July 17, 2020** |

　　　The National Marine Fisheries Service ("NMFS"), Regional Administrator for NMFS West Coast Region, and the Secretary of the Department of Commerce (collectively, "Federal

1

Defendants"); the Center for Biological Diversity and Wild Fish Conservancy ("Plaintiffs"); and Pacific Coast Federation of Fishermen's Associations and Coastal Trollers Association ("Defendant-Intervenors") move under Local Rule 10(g) for an extension of time on forthcoming deadlines.

1. At the July 13, 2020, case management conference with the Court, the parties indicated that they were working on an alternative that could avoid litigating the merits of this case. It appears that the parties have reached a resolution in principle and intend to file a motion to stay proceedings next week.

2. There are a number of forthcoming deadlines in the immediate future that will require filings before the Court can evaluate any motion to stay. For example, Federal Defendants are required to file their administrative record and responsive pleading on July 20, 2020. Plaintiffs would be required to file a motion contesting the scope of the administrative record by August 3, 2020, and Federal Defendants would be required to file a response to that motion on August 14, 2020.

3. The parties believe it would be more efficient to extend those deadlines while the parties finalize their discussions and the Court evaluates the intended motion to stay proceedings.

4. Thus, the parties stipulate and seek an extension of time for the following deadlines:

Federal Defendants' Administrative Record and Responsive Pleading: August 10, 2020;

Plaintiffs' Motion Contesting the Administrative Record: August 24, 2020;

Federal Defendants' Response to Plaintiffs Administrative Record Motion: October 4, 2020.

5. These short extensions will allow the parties to complete their discussions and if successful, file a motion thereby allowing the Court to evaluate the merits of that motion.

IT IS SO ORDERED,

_____
THE HONORABLE MARSHA J. PECHMAN

Dated: July 20, 2020.

Respectfully Submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH FLAX, Assistant Chief

  *s/ Coby Howell*
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue, Room 600
Portland, OR 97204
Telephone: (503) 727-1023
Facsimile: (503) 727-1117
coby.howell@usdoj.gov

*Attorneys for Defendants*

  *s/ Julie Teel Simmonds*
Julie Teel Simmonds, Senior Attorney
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Phone: (619) 990-2999

jteelsimmonds@biologicaldiversity.org

*Attorney for Plaintiffs*

LANDYE BENNETT BLUMSTEIN, LLP

By:   *s/ Thane W. Tienson*
Thane W. Tienson, P.C.
ttienson@lbblawyers.com

*Attorney for PCFFA and Coastal Trollers Association*

**CERTIFICATE OF SERVICE**

I certify that the foregoing will be electronically filed with the Court's electronic filing system, which will generate automatic service upon on all Parties enrolled to receive such notice.

*/s/ Coby Howell*
Coby Howell

4