THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERISTY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*;<br><br>Federal Defendants,<br><br>and<br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br><br>Defendant-Intervenors. | CASE NO. 2:19-cv-00487-MJP<br><br>**ORDER ON<br>JOINT MOTION FOR STAY OF PROCEEDINGS** |

Having reviewed the pleadings, the Court GRANTS the parties' Joint Motion for Stay of Proceedings. The Court ORDERS as follows:

This case is stayed until May 14, 2021, or the new Biological Opinion issues, whichever occurs sooner. Upon expiration of the stay, the parties will report back to the Court within two weeks as to the status of the litigation.

1

Dated: July 29, 2020.

                                            Marsha J. Pechman
                                            United States Senior District Judge

2