The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | Civil Action No. 2:19-cv-00487-MJP |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | |
| Federal Defendants, | |
| and | |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*, | |
| Defendant-Intervenors. | |

The National Marine Fisheries Service ("NMFS"), Regional Administrator for NMFS's West Coast Region, and the Secretary of the Department of Commerce (collectively "Federal Defendants"); the Center for Biological Diversity and Wild Fish Conservancy ("Plaintiffs"); and Pacific Coast Federation of Fishermen's Associations and Coastal Trollers Association

JOINT STATUS REPORT
Civil Action No. 2:19-CV-00487-MJP
Page 1

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146 • Seattle, WA 98117
(206) 327-2344

("Defendant-Intervenors")[1] (collectively the "Parties")  provide the following joint status report in accordance with the Court's July 29, 2020 Order, Dkt. # 43. In that Order, the Court directed the Parties to report back to the Court as to the status of the litigation within two weeks of the Federal Defendants' issuance of a new Biological Opinion under Section 7(a)(2) of the Endangered Species Act ("ESA") on the effects of the Pacific Coast Salmon Fishery Management Plan ("Salmon Fishery Management Plan") on the Southern Resident killer whale Distinct Population Segment ("Killer Whales"), 16 U.S.C. § 1536(a)(2). The Parties provide the following information and next steps for resolution of the case.

On March 3, 2019, Plaintiffs filed a complaint alleging that NMFS failed to reinitiate and complete consultation on the Salmon Fishery Management Plan and its effects on Killer Whales in violation of the ESA. Dkt. # 1. Plaintiffs' request for relief sought, in large part, an order requiring NMFS to reinitiate and complete a new Biological Opinion on the Salmon Fishery Management Plan by a date certain. Dkt. # 1 at 20, ¶ 4-5.[2] On April 12, 2019, NMFS reinitiated consultation on the Salmon Fishery Management Plan and its effects on Killer Whales. *See* Dkt. # 24 at 2. As set forth in the First Declaration of Barry Thom, West Coast Regional Administrator for NMFS, NMFS committed to issuing a new Biological Opinion prior to May 1, 2020. Dkt. # 25, Thom Decl. ¶ 8. The Court granted Federal Defendants' unopposed motion to stay the proceedings until issuance of the new Biological Opinion or May 1, 2020, whichever occurred sooner. Dkt. # 26.

---

[1] Given the untimely death of counsel for Defendant-Intervenors Thane Tienson, counsel for Plaintiffs and Defendants contacted Glen Spain, General Legal Counsel and Northwest Regional Director of Defendant-Intervenor Pacific Coast Federation of Fishermen's Associations, and Joel Kawahara, Vice-President and Director of Defendant-Intervenor Coastal Trollers Association, who affirmed that both organizations support this filing. They expect to have substitute counsel shortly.

[2] The citation format refers to the ECF-generated page numbers located in the upper right corner of the pleadings.

JOINT STATUS REPORT  
Civil Action No. 2:19-CV-00487-MJP  
Page 2

CENTER FOR BIOLOGICAL DIVERSITY  
2400 NW 80th St. #146 • Seattle, WA 98117  
(206) 327-2344

On April 29, 2020, Federal Defendants issued a Biological Opinion titled *Implementation of the Pacific Fishery Management Council Salmon Fishery Management Plan in 2020 for Southern Resident Killer Whales and their Current and Proposed Critical Habitat* (NMFS Consultation Number: WCRO-2019-04040) ("2020 Biological Opinion"). On June 5, 2020, Plaintiffs filed an amended complaint alleging violations of the Magnuson-Stevens Fishery Conservation and Management Act ("Magnuson-Stevens Act"), National Environmental Policy Act ("NEPA"), ESA, and Administrative Procedure Act, challenging the adequacy and responsiveness of the 2020 Biological Opinion, among other things. Dkt. # 31. On July 28, 2020, the Parties filed a Joint Motion for Stay of Proceedings to allow the Pacific Fishery Management Council to complete its ongoing work on Killer Whales and for NMFS to complete consultation on the Salmon Fishery Management Plan rather than on a single year's management measures. Dkt. #41. As noted in the motion, the Council's "preferred alternative could be an amendment to the Salmon Fishery Management Plan, a regulatory amendment, or continued management of the fishery under the current Salmon Fishery Management Plan." *Id.* at 5 citing Second Thom Declaration. Dkt. 42 ¶ 10. The Court granted the motion. Dkt. #43.

At the November 2020 meeting of the Pacific Fishery Management Council, the Council approved Amendment 21 to the Salmon Fishery Management Plan. Amendment 21 requires the Council to take certain actions to benefit Southern Resident killer whales when authorizing fisheries in years of low Chinook salmon abundance. On April 21, 2021, Federal Defendants issued a Biological Opinion titled *Authorization of the West Coast Ocean Salmon Fisheries Through Approval of the Pacific Salmon Fishery Management Plan Including Amendment 21 and Promulgation of Regulations Implementing the Plan for Southern Resident Killer Whales and their Current and Proposed Critical Habitat* (NMFS Consultation Number: WCRO-2019-04074) ("2021 Biological Opinion"). NMFS is now engaged in the process of completing its

JOINT STATUS REPORT  
Civil Action No. 2:19-CV-00487-MJP  
Page 3

CENTER FOR BIOLOGICAL DIVERSITY  
2400 NW 80th St. #146 • Seattle, WA 98117  
(206) 327-2344

1  review of Amendment 21 under the Magnuson-Stevens Act and other applicable law, including

2  the NEPA.  NMFS plans to publish a notice of availability of the Amendment and draft NEPA

3  document within the next two months.

4      The Parties believe that resolution of this case is possible without further court

5  intervention and are actively discussing next steps including the finalization of Amendment 21

6  and the associated NEPA process. The Parties propose to file a joint status report with the Court

7  by June 1, 2021. Should the Parties agree on an alternative for resolving this case before that

8  date, we will promptly alert the Court or file a motion.

9      Respectfully submitted this 5th day of May 2021,

By: *s/ Julie Teel Simmonds*

Julie Teel Simmonds (CO Bar No. 32822)
*Admitted Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Phone: (619) 990-2999
jteelsimmonds@biologicaldiversity.org

Catherine Kilduff (VA Bar No. 89727)
*Admitted Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
801 Boush St., Ste. 200
Norfolk, VA 23510
Phone: (202) 780-8862
ckilduff@biologicaldiversity.org

Sarah Uhlemann (WA Bar No. 41164)
Sophia Ressler (WA Bar No. 48406)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
suhlemann@biologicaldiversity.org
sressler@biologicaldiversity.org

JOINT STATUS REPORT
Civil Action No. 2:19-CV-00487-MJP
Page 4

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146 • Seattle, WA 98117
(206) 327-2344

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH FLAX, Assistant Chief

　*s/ Coby Howell*
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue, Room 600
Portland, OR 97204
Telephone: (503) 727-1023
Facsimile: (503) 727-1117
coby.howell@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing will be electronically filed with the Court's electronic filing system, which will generate automatic service upon on all Parties enrolled to receive such notice.

　*s/ Julie Teel Simmonds*
JULIE TEEL SIMMONDS

JOINT STATUS REPORT
Civil Action No. 2:19-CV-00487-MJP
Page 5

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146 • Seattle, WA 98117
(206) 327-2344