UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Federal Defendants,<br><br>and<br><br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.<br><br>Defendant-Intervenors. | CASE NO. C19-487 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

In the Parties' joint status report of June 1, 2021, they informed the Court that Plaintiffs would voluntarily dismiss their amended complaint after the National Marine Fisheries Service

MINUTE ORDER - 1

approved, disapproved, or partially approved an amendment to the Pacific Coast Salmon Fishery Management Plan, which was expected to occur no later than September 6, 2021. (Dkt. No. 46 at 2–3.) The Parties also represented that they would work to resolve attorney fees and costs within 14 days of dismissing the amended complaint or propose a briefing schedule. It appears that the amendment was approved on August 31, 2021 and that a final rule was issued on September 14, 2021. 86 Fed. Reg. 51,017–21 (Sept. 14, 2021). The Parties are ORDERED to submit a joint status report within 14 days to advise the Court why this case should not be dismissed and what their respective positions are on what issues, if any, remain.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 22, 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk