THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*; <br><br> Federal Defendants, <br><br> and <br><br> PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*, <br><br> Defendant-Intervenors. | CASE NO. C19-487 MJP <br><br> **STIPULATED SETTLEMENT AGREEMENT AND ORDER TO RESOLVE PLAINTIFFS' CLAIM FOR ATTORNEYS' FEES AND COSTS** |

By and through their respective counsel, Plaintiffs Center for Biological Diversity and Wild Fish Conservancy ("Plaintiffs") and Federal Defendants National Marine Fisheries Service, *et al.* ("Federal Defendants") hereby agree to resolve the issue of attorneys' fees and costs set forth in the following Stipulated Settlement Agreement (the "Agreement").

STIP. AGREEMENT
Civil Action No. 2:19-CV-00487-MJP
Page 1

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146 • Seattle, WA 98117
(206) 327-2344

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Federal Defendants, through their respective counsel:

      1.    Federal Defendants agree to pay and Plaintiffs agree to accept a total lump sum payment of seventy-six thousand, seven hundred and forty dollars ($76,740.00) in full satisfaction of any and all claims for attorneys' fees and costs incurred in this litigation pursuant to the Endangered Species Act, 16 U.S.C. § 1540(g), and/or any other statute and/or common law theory, through and including the effective date of this Agreement.

      2.    Federal Defendants shall make the payment set forth in Paragraph 1 by electronic funds transfer to the Center for Biological Diversity. Counsel for Plaintiffs will provide Federal Defendants' counsel the appropriate account number and other information needed to facilitate payment. Federal Defendants shall submit the necessary paperwork for the payment within twenty-eight (28) days after the Court's approval of this Agreement or the receipt of the information necessary to effectuate payment, whichever is later.

      3.    In acknowledgment of and in exchange for the promises and other consideration contained in this Agreement and the payment of $76,740.00 by Federal Defendants to Plaintiffs, Plaintiffs hereby release Federal Defendants and all past, present, and future officers, agents, representatives, and employees of the United States Department of Commerce from any and all claims and causes of action whatsoever that Plaintiffs ever had, now have, or hereafter may have for attorneys' fees and costs related to the Lawsuit or to this Agreement.

      4.    This Agreement does not constitute, and shall not be construed, as an admission or concession on the part of any party with respect to any fact, claim, or defense in this Lawsuit. Federal Defendants do not waive any defenses they may have concerning the fee claims settled under this Agreement. Further, this Agreement has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

      5.    No provision of this Agreement shall be interpreted as, or constitute, a commitment or requirement that Federal Defendants are obligated to spend funds exceeding

STIP. AGREEMENT
Civil Action No. 2:19-CV-00487-MJP
Page 2

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146 • Seattle, WA 98117
(206) 327-2344

those available or take any action in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

6. The Agreement contains all of the agreement between Plaintiffs and Federal Defendants, and is intended to be the final and sole agreement between them. Plaintiffs and Federal Defendants agree that any prior or contemporaneous representations or understanding not explicitly contained in this written Agreement, whether written or oral, are of no further legal or equitable force or effect.

7. Federal Defendants and Federal Defendants' counsel consent to Plaintiffs' counsel filing this Agreement bearing Federal Defendants' counsel's electronic signature.

8. The undersigned representatives of each party certify that they are fully authorized by the parties they represent to enter into this Agreement.

IT IS HEREBY AGREED.

Dated: October 5, 2021

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH FLAX, Assistant Chief

*s/ Coby Howell*
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue, Room 600
Portland, OR 97204
Telephone: (503) 727-1023
Facsimile: (503) 727-1117
coby.howell@usdoj.gov

*Attorneys for Defendants*

STIP. AGREEMENT
Civil Action No. 2:19-CV-00487-MJP
Page 3

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146 • Seattle, WA 98117
(206) 327-2344

   *s/ Julie Teel Simmonds*
Julie Teel Simmonds, Senior Attorney
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Phone: (619) 990-2999
jteelsimmonds@biologicaldiversity.org

   *s/ Sarah Uhlemann*
Sarah Uhlemann (WA Bar No. 41164)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
suhlemann@biologicaldiversity.org

*Attorneys for Plaintiffs*

IT IS SO ORDERED,

Date:   October 6, 2021

Marsha J. Pechman
United States Senior District Judge

STIP. AGREEMENT
Civil Action No. 2:19-CV-00487-MJP
Page 4

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146 • Seattle, WA 98117
(206) 327-2344

## **CERTIFICATE OF SERVICE**

I certify that the foregoing will be electronically filed with the Court's electronic filing system, which will generate automatic service upon on all Parties enrolled to receive such notice.

                                 *s/ Julie Teel Simmonds*
                                 JULIE TEEL SIMMONDS

STIP. AGREEMENT
Civil Action No. 2:19-CV-00487-MJP
Page 5

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146 • Seattle, WA 98117
(206) 327-2344