UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants. | CASE NO. C19-487 MJP <br><br> DISMISSAL ORDER |

This matter is before the Court on Plaintiffs' unopposed request for voluntary dismissal. (Dkt. No. 50.) Taking note that the Parties have also filed a stipulation resolving Plaintiffs' claims for attorney fees and costs, (Dkt. No. 51), the Court GRANTS the request and ORDERS that this action and all claims asserted herein are DISMISSED with prejudice under FRCP 41(a)(2). Any trial date and pretrial dates previously set are hereby VACATED.

The clerk is ordered to provide copies of this order to all counsel.

///

///

DISMISSAL ORDER - 1

Dated October 6, 2021.

Marsha J. Pechman
United States Senior District Judge